UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN HILL,

      Plaintiff,

v.

                              Case No.: 05-70881
                              HONORABLE VICTORIA A. ROBERTS

JOHN E. POTTER, POSTMASTER
    GENERAL OF THE UNITED
    STATES and CATHERINE
    DELOACH

      Defendants.
_____/

## ORDER

On May 24, 2005, Defendants filed a Motion to Dismiss Or, In The Alternative, Motion for Summary Judgment [Doc. 4]. Plaintiff did not file a response. Having reviewed and considered the merits of Defendants' motion, the Court DISMISSES Plaintiff's complaint for the reasons stated in Defendants' motion.

**IT IS SO ORDERED.**

                                            s/Victoria A. Roberts
                                            **Victoria A. Roberts**
                                            **United States District Judge**

**Dated: July 26, 2005**

---

**The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 26, 2005.**

**s/Linda Vertriest**
**Deputy Clerk**