**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CAROLYN HILL,

    Plaintiff,

v.

                                   Case No.: 05-70881
                                   HONORABLE VICTORIA A. ROBERTS

JOHN E. POTTER, POSTMASTER
    GENERAL OF THE UNITED
    STATES and CATHERINE
    DELOACH

    Defendants.
_____/

## **JUDGMENT**

Consistent with the Court's Order and Opinion filed on July 26, 2005, **IT IS ORDERED** that Judgment is entered in favor of Defendants.

Dated at Detroit, Michigan on July 26, 2005.

                                                      David J. Weaver
                                                      Clerk of the Court

Approved:

                                                      BY: /s/ Linda Vertriest

_/s/ Victoria A. Roberts_
Victoria A. Roberts
United States District Judge